IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:
MAROC FRUIT BOARD S.A. and :
WAFU ASSURANCE S.A. :
:
        Plaintiffs, :
:
v. :   CIVIL ACTION NO.
:   IN ADMIRALTY
M/V VINSON, Official No. 10158 :
Her Engines, Machinery, Tackle, Apparel, :
Appurtenances, etc., *in rem*, :
:
        Defendant. :
---------------------------------------------------------x

**ORDER FOR MARITIME ARREST
OF DEFENDANT VESSEL**

This Court has reviewed the Verified Complaint, *Ex Parte* Motion for Arrest of Defendant Vessel and supporting papers filed by plaintiffs, Maroc Fruit Board and Wafu Assurance S.A., in the above-captioned matter. Upon consideration thereof, this Court has determined that the conditions for an *in rem* arrest of defendant vessel pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist. Accordingly, it is hereby:

**ORDERED**, that the Clerk of this Court shall issue forthwith a *In Rem* Warrant of Maritime Arrest for the motor vessel VINSON, official number 10158, her engines, machinery, tackle, apparel, furniture, equipment, rigging, and all other necessary appurtenances thereto (hereinafter referred to as "Vessel"), directing the United States Marshal for the District of Massachusetts to proceed with all deliberate speed and arrest said Vessel on FEBRUARY 22,

2010, or as soon thereafter as possible, which is now located at the State Pier in New Bedford, Massachusetts, or any other location within the District of Massachusetts; it is further

**ORDERED**, that any person claiming an interest in said Vessel pursuant to this Order shall upon application to this Court and notice to plaintiffs or their attorney be entitled to a prompt hearing at which plaintiffs shall be required to show cause why the arrest should not be vacated or other relief granted; it is further

**ORDERED**, that the United States Marshal for the District of Massachusetts shall attach and serve a copy of this Order with the *In Rem* Warrant of Maritime Arrest upon defendant Vessel; and it is further

**ORDERED**, that plaintiffs' counsel shall serve a copy this Order, together with the Summons, Verified Complaint, and *In Rem* Warrant of Maritime Arrest upon the owner of the Vessel.

Dated at Boston, Massachusetts on this 22 day of February, 2010.

William G. Young
United States District Judge

Submitted by:

Samuel P. Blatchley
(BBO No. 670232)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, Rhode Island 02903
Tel. (401) 861-8200
Fax (401) 861-8210