IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:
MAROC FRUIT BOARD S.A. and :
WAFU ASSURANCE MAROC S.A. :
:
Plaintiffs, :
:
v. : CIVIL ACTION NO. 1:10-cv-10306
: IN ADMIRALTY
M/V VINSON, Official No. 10158 :
Her Engines, Machinery, Tackle, Apparel, :
Appurtenances, etc., *in rem*, :
:
Defendant. :
---------------------------------------------------------x

### STIPULATION BY THE PARTIES

NOW COME the parties, and by their attorneys, pursuant to the provisions of Fed. R. Civ. P. 64 and Rule E(5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims, hereby stipulate and agree 1) to the release of defendant motor vessel VINSON and 2) to the removal of the Order Granting Special Process Server and Supplemental Process in the form of a Restraining Order (Clerk's Docket Number 7) as it is moot. The parties attach a proposed Warrant for Release and Redelivery of the Vessel as Exhibit A.

Approved
Tauro D. J.
2/26/10