IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------x
MAROC FRUIT BOARD S.A. and :
WAFU ASSURANCE MAROC S.A. :
  :
        Plaintiffs, :
  :
v. :   CIVIL ACTION NO. 1:10-cv-10306
  :   IN ADMIRALTY
M/V VINSON, Official No. 10158 :
Her Engines, Machinery, Tackle, Apparel, :
Appurtenances, etc., *in rem*, :
  :
        Defendant. :
------------------------------------------------------x

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF OUR DISTRICT OF MASSACHUSETTS OR HIS DEPUTIES:

GREETINGS:

    WHEREAS, the parties hereto have filed a joint stipulation pursuant to Rule E(5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims to release defendant vessel, M/V VINSON, Official No. 10158, her engines, machinery, tackle, apparel, and appurtenances thereto;

    YOU ARE THEREFORE COMMANDED to release and redeliver possession of said defendant vessel, M/V VINSON, Official No. 10158 her engines, machinery, tackle, apparel, and appurtenances thereto, to the party from taken.

    Dated at Boston, Massachusetts this 26 day of February, 2010.

                                      By Order:

                                      SARAH ALLISON THORNTON,
                                      Clerk of Court



                    By:  _____
                              Deputy Clerk