UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAROC FRUIT BOARD S.A. ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:10-10306-JLT |
| | * | |
| M/V VINSON, HER ENGINES, | * | |
| MACHINERY, TACKLE, APPAREL, | * | |
| APPURTENANCES, ETC, IN REM | * | |
| ET AL., | * | |
| | * | |
| Defendants. | * | |

ORDER

July 11, 2012

TAURO, J.

After a Hearing held on June 13, 2012, and consideration of Defendant Navimar's Motion to Dismiss Without Prejudice or Stay C.A. No. 11-10289 [#60], Plaintiff's Opposition [#63], and Defendant Navimar's Reply [#69], this court hereby orders that Defendant Navimar's Motion [#60] is DENIED for the reasons set forth in the accompanying memorandum.

IT IS SO ORDERED.

/s/ JTauro
United States District Judge